JESSE D. BRIGHAM and Another, Copartners, etc., Respondents, v. REUBEN W. DUANY and Another, Appellants, Impleaded with SALVATORE CUDIA, Defendant and PORT CHESTER LUMBER COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

MORRIS D. BROIDY, Appellant, v. GRAHAM POWERS CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

J. ROMAINE BROWN, Appellant, v. CHARLES W. CALDWELL, Respondent.— Judgment and order of the City Court of Yonkers reversed upon the law and the facts, and a new trial ordered, with costs to abide the event, on authority of *Nod-Away Company, Inc.*, v. *Woehr* (*post*, p. 907), decided herewith. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.